**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Denis Osorto LOPEZ, Defendant–**
**Appellant.**

**No. 13–10477**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 29, 2014.

James Wesley Hendrix, U.S. Attorney's Office, Dallas, TX,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Denis Osorto Lopez, Seagoville, TX, pro se.

Brandon Elliott Beck, Starr Schoenbrun Comte Mcguire, P.L.L.C., for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Denis Osorto Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Osorto Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.